# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Poole Sr, Lamont S<br>Poole, Dorothy D<br>Debtors | §<br>§<br>§<br>§ | Case No. 07 B 19015 |
|---|---|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2007.

2) The plan was confirmed on 12/27/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/02/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/22/2010.

5) The case was completed on 11/15/2010.

6) Number of months from filing or conversion to last payment: 37.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $32,655.00.

10) Amount of unsecured claims discharged without full payment: $29,305.43.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,404.62 |
| Less amount refunded to debtor | $14.38 |

**NET RECEIPTS:** $13,390.24

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,392.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $841.40 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,233.40

Attorney fees paid and disclosed by debtor    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $4,528.00 | NA | NA | $0 | $0 |
| Accredited Home Lenders | Secured | $9,810.00 | NA | NA | $0 | $0 |
| Chase Automotive Finance | Secured | $15,700.00 | $22,513.68 | $22,513.68 | $0 | $0 |
| Great American Finance Company | Secured | $0 | $341.95 | $341.95 | $0 | $0 |
| Select Portfolio Servicing | Secured | $136,382.00 | $134,944.90 | $134,944.90 | $0 | $0 |
| Select Portfolio Servicing | Secured | NA | $9,809.14 | $9,809.14 | $6,027.52 | $0 |
| Advocate South Suburban Hosp | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Advocate South Suburban Hosp | Unsecured | $118.00 | NA | NA | $0 | $0 |
| Advocate South Suburban Hosp | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Alliance One | Unsecured | $1,039.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $250.61 | NA | NA | $0 | $0 |
| AWA Collection | Unsecured | $332.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $324.18 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $1,566.00 | NA | NA | $0 | $0 |
| CCA | Unsecured | $67.00 | NA | NA | $0 | $0 |
| Center For Dental Implants | Unsecured | $165.11 | NA | NA | $0 | $0 |
| Chase Automotive Finance | Unsecured | $7,187.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chicago Sun Times | Unsecured | $18.59 | NA | NA | $0 | $0 |
| Chrysler Financial Services Americas | Unsecured | $566.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $8,000.00 | $1,745.69 | $1,745.69 | $0 | $0 |
| City of Country Club Hills | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Claims Accounting | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $827.04 | $831.47 | $831.47 | $831.47 | $0 |
| Cook County State's Attorney | Unsecured | $764.16 | NA | NA | $0 | $0 |
| CPSI Security | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $53.00 | NA | NA | $0 | $0 |
| Direct Tv | Unsecured | $244.27 | NA | NA | $0 | $0 |
| EBSCO Industries Inc | Unsecured | $29.95 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $1,310.83 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $318.00 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $50.00 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $449.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $1,024.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $15.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $13.50 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $145.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $240.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $65.05 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commission | Unsecured | $3,430.00 | $6,634.80 | $6,634.80 | $0 | $0 |
| Jet | Unsecured | $26.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $121.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $208.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $208.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $170.00 | NA | NA | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $4,528.00 | NA | NA | $0 | $0 |
| M3 Financial Services | Unsecured | $186.00 | NA | NA | $0 | $0 |
| MCS | Unsecured | $265.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $265.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $174.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $481.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $174.00 | NA | NA | $0 | $0 |
| Medical Recovery Specialists | Unsecured | $142.16 | NA | NA | $0 | $0 |
| Mid America Bank | Unsecured | $351.37 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midwest Diagnostic Pathology, SC | Unsecured | $430.00 | NA | NA | $0 | $0 |
| Midwest Diagnostic Pathology, SC | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Midwest Physician Group | Unsecured | $30.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $807.00 | NA | NA | $0 | $0 |
| MTE Financial | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | $250.00 | NA | NA | $0 | $0 |
| National Service Center | Unsecured | $718.09 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $807.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $341.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $95.60 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $453.80 | $200.09 | $200.09 | $200.09 | $0 |
| Northwestern Medical Faculty | Unsecured | $220.00 | NA | NA | $0 | $0 |
| OSI Recovery Solutions | Unsecured | $82.12 | NA | NA | $0 | $0 |
| Oxford Management Services | Unsecured | $297.47 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $792.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $600.00 | NA | NA | $0 | $0 |
| Pediatric Faculty Foundation I | Unsecured | $140.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,259.59 | $1,039.32 | $1,039.32 | $1,039.32 | $0 |
| Portfolio Recovery Associates | Unsecured | $377.25 | $508.44 | $508.44 | $508.44 | $0 |
| Professional Account Management | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $600.00 | $550.00 | $550.00 | $550.00 | $0 |
| Revenue Production Mgmt | Unsecured | $280.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $150.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $150.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $2,990.00 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Sunrise Credit Services, Inc. | Unsecured | $241.02 | NA | NA | $0 | $0 |
| Torres Credit | Unsecured | $215.00 | NA | NA | $0 | $0 |
| TRS Services | Unsecured | $137.31 | NA | NA | $0 | $0 |
| Trust Receivable Services | Unsecured | $12.00 | NA | NA | $0 | $0 |
| Unifund Corporation | Unsecured | $928.00 | NA | NA | $0 | $0 |
| Village of Oak Park | Unsecured | $40.00 | NA | NA | $0 | $0 |
| Wolpoff & Abramson | Unsecured | $878.35 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $134,944.90 | $0 | $0 |
| Mortgage Arrearage | $9,809.14 | $6,027.52 | $0 |
| Debt Secured by Vehicle | $22,513.68 | $0 | $0 |
| All Other Secured | $6,976.75 | $0 | $0 |
| **TOTAL SECURED:** | $174,244.47 | $6,027.52 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $4,875.01 | $3,129.32 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,233.40 |
| Disbursements to Creditors | $9,156.84 |
| **TOTAL DISBURSEMENTS:** | $13,390.24 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: August 16, 2011     By: /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.